UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                          Case No. 10 B 34817
    Keven D Perry
    Linda W Bronaugh
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 08/03/2010.

    2) The plan was confirmed on 11/04/2010.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 06/05/2014.

    6) Number of months from filing to last payment: 46.

    7) Number of months case was pending: 48.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,013.25 |
| Less amount refunded to debtor | $352.50 |

**NET RECEIPTS:** $23,660.75

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,074.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,574.88

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | NA | 6,747.77 | 6,747.77 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 427.99 | 427.99 | 0.00 | 0.00 |
| Artistic Dental Centre | Unsecured | 1,560.12 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 14,396.00 | 12,400.00 | 12,400.00 | 12,176.55 | 916.94 |
| Capital One Auto Finance | Unsecured | 14,396.00 | 2,237.06 | 2,237.06 | 0.00 | 0.00 |
| Cash Net | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Cash Transfers Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 987.28 | 888.39 | 888.39 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 685.30 | 685.30 | 0.00 | 0.00 |
| Columbus Bank & Trust | Unsecured | 1,373.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CorTrust Bank | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Dakota State Bank | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Direct Loans | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 995.00 | 994.91 | 994.91 | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 2,000.00 | 7,604.38 | 7,604.38 | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 2,000.00 | 7,195.54 | 7,195.54 | 0.00 | 0.00 |
| Great American Finance Company | Secured | 2,589.00 | 2,570.00 | 1,250.00 | 1,227.46 | 92.45 |
| Great American Finance Company | Unsecured | 2,589.00 | 1,328.79 | 1,328.79 | 0.00 | 0.00 |
| H E Stark Agency | Unsecured | 1,142.00 | NA | NA | 0.00 | 0.00 |
| Illiana Financial Credit Union | Unsecured | 600.00 | 579.68 | 579.68 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Human Services | Unsecured | NA | 157.00 | 157.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 88.06 | 88.06 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 45.30 | 45.30 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 5,958.00 | 6,864.07 | 6,864.07 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 125.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,749.00 | 1,749.89 | 1,749.89 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 430.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,488.00 | 1,490.16 | 1,490.16 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 954.00 | 955.32 | 955.32 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 970.00 | 970.91 | 970.91 | 0.00 | 0.00 |
| MRSI | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| National Louis University | Unsecured | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| One Click Cash | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 900.00 | 966.54 | 966.54 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 535.00 | 491.11 | 491.11 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 304.00 | 304.28 | 304.28 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 8,890.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 8,890.00 | 4,425.00 | 4,425.00 | 4,345.23 | 327.24 |
| State Collection Service | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Texas Guaranteed Student Loan | Unsecured | 1,542.00 | 1,639.03 | 1,639.03 | 0.00 | 0.00 |
| Thornwood High School | Unsecured | 419.50 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | NA | 432.70 | 432.70 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $18,075.00 | $17,749.24 | $1,336.63 |
| **TOTAL SECURED:** | **$18,075.00** | **$17,749.24** | **$1,336.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $88.06 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$88.06** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,786.12** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,574.88 |
| Disbursements to Creditors | $19,085.87 |
| **TOTAL DISBURSEMENTS** : | **$23,660.75** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/05/2014                                       By: /s/ Marilyn O. Marshall
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**